**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (*If known*): _____ Chapter _____

❑ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | _____ |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | _____ <br> _____ <br> _____ <br> _____ <br> _____ |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | __ __ – __ __ __ __ __ __ __ |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| _____ <br> Number        Street | _____ <br> Number        Street |
| _____ | _____ <br> P.O. Box |
| _____ <br> City                        State        ZIP Code | _____ <br> City                        State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| _____ <br> County | _____ <br> Number        Street |
| | _____ |
| | _____ <br> City                        State        ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | _____ |

**6. Type of debtor**

❑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding  LLP)

❑ Other. Specify: _____

Debtor _____     Case number (*if known*)_____
        Name

---

**7. Describe debtor's business**

A. *Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. § 101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

❑ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. § 501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

___  ___  ___  ___

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❑ Chapter 7

❑ Chapter 9

❑ Chapter 11. *Check all that apply*:

    ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ❑ A plan is being filed with this petition.

    ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

❑ No

❑ Yes.   District _____   When _____   Case number _____
                                        MM / DD / YYYY

              District _____   When _____   Case number _____
                                          MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

❑ No

❑ Yes.   Debtor _____   Relationship _____

              District _____   When _____
                                                 MM / DD / YYYY

              Case number, if known _____

---

Debtor _____   Case number (*if known*)_____
Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

❑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

❑ No
❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

❑ It needs to be physically secured or protected from the weather.

❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❑ Other _____

**Where is the property?**_____
Number        Street

_____

_____
City                                        State        ZIP Code

**Is the property insured?**

❑ No
❑ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

❑ Funds will be available for distribution to unsecured creditors.
❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

❑ 1-49        ❑ 1,000-5,000        ❑ 25,001-50,000
❑ 50-99       ❑ 5,001-10,000       ❑ 50,001-100,000
❑ 100-199     ❑ 10,001-25,000      ❑ More than 100,000
❑ 200-999

**15. Estimated assets**

❑ $0-$50,000              ❑ $1,000,001-$10 million        ❑ $500,000,001-$1 billion
❑ $50,001-$100,000        ❑ $10,000,001-$50 million       ❑ $1,000,000,001-$10 billion
❑ $100,001-$500,000       ❑ $50,000,001-$100 million      ❑ $10,000,000,001-$50 billion
❑ $500,001-$1 million     ❑ $100,000,001-$500 million     ❑ More than $50 billion

Debtor    Information Dock Analytics LLC, a Delaware Ser          Case number (if known) _____
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ☐ I have been authorized to file this petition on behalf of the debtor.

- ☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08 / 10 / 2018
             MM / DD / YYYY

X _____          Jonathon Luckett
Signature of authorized representative of debtor          Printed name

Title  Managing Member

**18. Signature of attorney**

X _____          Date  8 / 10 / 2018
Signature of attorney for debtor                      MM / DD / YYYY

Adam Hiller, Esquire
Printed name
Hiller Law, LLC
Firm name
1500 N French St, 2nd Fl.
Number      Street
Wilmington                                    DE      19801
City                                          State   ZIP Code

302.442.7677                                  ahiller@adamhillerlaw.com
Contact phone                                 Email address

4105                                          DE
Bar number                                    State

# VOLUNTARY PETITION – EXHIBIT 1
*In re Information Dock Analytics LLC, Case No. 18-_____*

The Debtor, or part of it asset series, may have gone by one or more of the following names during the 8 years prior to the filing of the Debtor's petition:

Information Dock Analytics LLC, a Delaware Series Limited Liability Company
Information Dock Analytics LLC Protected Series Group Operations
Information Dock Analytics LLC Protected Series Island
Information Dock Analytics LLC Protected Series Long
Information Dock Analytics LLC Protected Series Mid
Information Dock Analytics LLC Protected Series Multi
Information Dock Analytics LLC Protected Series Short
Part 1 ST LLC
Part 1 MT LLC
Part 1 LT LLC
HART LT LLC
Multi Ethnic LT LLC

Written Consent of Majority of Members
of
Information Dock Analytics LLC

The undersigned, being a majority of the members (the "Members") of Information Dock Analytics LLC (the "Company") and of each series thereof, does hereby consent to and adopt the following resolutions as the action of the Company:

## Approval and Authorization of Filings Under Chapter 11 of the Bankruptcy Code

**WHEREAS**, the Members have determined that it is in the best interest of the Company, its creditors, and other interested parties to file a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED**, that the Company, by Jonathon Luckett (the "Agent") who is appointed as the Company's agent for the purposes set forth herein, is authorized to file a petition for relief under Chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on the Company's behalf; and it is

**FURTHER RESOLVED**, that the Agent is authorized and empowered to execute on behalf of the Company the above-described petition for relief under Chapter 11, its forms, schedules, applications or any other pleadings or documents which are necessary or appropriate; and it is

**FURTHER RESOLVED**, that the Company is authorized to retain the law firm of Hiller Law, LLC as the Company's bankruptcy counsel upon such terms and conditions as the Agent shall approve, including but not limited to the transfer of equity in the Company (and/or any series thereof) to the firm as may be agreed, to render legal services to and to represent the Company in connection with such Chapter 11 proceedings and other related matters in connection therewith; and it is

**FURTHER RESOLVED**, that the Agent is hereby authorized and empowered in the name and on behalf of the Company to borrow funds, provide guaranties, collateralize assets of the Company to secure future transactions, and undertake related financing transactions (collectively, the "Financing Transactions"), on such terms as may be approved by such Authorized Officer as reasonably necessary for the continuing conduct of the affairs of the Company and pay related fees and grant security interests in and liens upon some, all, or substantially all of the Company's assets, as may be deemed necessary by the Agent in connection with such Financing Transactions, with approval of the Bankruptcy Court if necessary, including but not limited to Financing Transactions in which the Agent is directly or indirectly the lender; and it is

**FURTHER RESOLVED**, that any and all actions heretofore taken by the Agent in connection with the transactions or objectives approved in any or all of the foregoing

resolutions, and all transactions related thereto, are hereby approved, ratified and confirmed in all respects; and it is

**FURTHER RESOLVED**, that the Agent is hereby authorized and directed, in the Company's name and on its behalf, to take or cause to be taken any and all such additional action or actions as, in the judgment of the person(s) taking or causing such action or actions, may appear desirable or appropriate to carry out the purposes of the foregoing resolutions.

**IN WITNESS THEREOF**, this written consent has been executed by the undersigned Members of the Company, constituting a majority thereof, effective as of the _10th_ day of _August_, 2018.

Jonathon Luckett, Member/Managing Member